# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CORPORATION OF GONZAGA UNIVERSITY,

      *Plaintiff*

v.

PENDLETON ENTERPRISES, LLC, a Washington LLC, PENDLETON BROADCASTING, INC., a Washington Corporation; and JAMIE PENDLETON, an individual and a resident of the State of Washington,

      *Defendant*

Civil Action No. 2:14-CV-0093-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Pursuant to the Order Granting Gonzaga's Motion for Permanent Injunction entered January 8, 2015, ECF No. 48, judgment is entered in favor of Plaintiff and against Defendants on the first cause of action only (Violation of the Lanham Act, 15 U.S.C. §1125(a)).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Lonny R. Suko  on a motion for Permanent Injunction.

Date: January 8, 2015

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas